BEFORE THE THIRD DIVISION, MARCH 25, 1963

**No. 67529.**—United China & Glass Co. *v.* United States, protests 272148-K(S)/14620 and 273644-K(S)/14677 (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorated porcelain cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 67530.**—Souvenirs, Inc. *v.* United States, protest 59/33904 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorated chinaware cup and saucer sets, mounted on a metal stand, used for decorative purposes, and not for tableware, the claim of the plaintiff was sustained.

**No. 67531.**—Dago Trading Corp. et al. *v.* United States, protests 61/5975, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 67532.**—Finnfoods, Inc., and C. H. Timm & Son, Inc., et al. *v.* United States, protests 61/24453, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiffs was sustained.